Steven W. HAMER, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2011–7033.

United States Court of Appeals,
Federal Circuit.

Nov. 9, 2011.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, KS, argued for the claimant-appellant.

Martin F. Hockey, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Dana Raffaelli, Attorney, United States Department of Veterans Affairs, of Washington, DC.

RADER, Chief Judge, LOURIE and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

PHOENIX SOLUTIONS, INC.,
Plaintiff–Appellant,

v.

WEST INTERACTIVE CORP.,
Defendant–Appellee.

No. 2011–1022.

United States Court of Appeals,
Federal Circuit.

Nov. 9, 2011.

Lawrence M. Hadley, McKool Smith Hennigan, P.C., of Los Angeles, CA, argued for plaintiff-appellant. On the brief was R. Joseph Trojan, Trojan Law Offices, of Beverly Hills, CA.

Mark A. Lemley, Durie Tangri LLP, of San Francisco, CA, argued for the defendant-appellee. With him on the brief were Daralyn J. Durie, David McGowan and Ryan M. Kent.

RADER, Chief Judge, LOURIE and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.